IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Case No. 16-mc-00136-CMA

SECURITIES AND EXCHANGE COMMISSION,

    Petitioner,

v.

TIMOTHY F. SEXTON, JR.,

    Respondent.

## ORDER OF RELEASE

The Court has been informed by counsel for the parties that Respondent has testified before the Securities and Exchange Commission and thereby purged the civil contempt which is the subject of the Court's Order of December 20, 2016 (ECF No. 26)

ACCORDINGLY, it is:

ORDERED that Defendant is **RELEASED** from the custody of the U.S. Marshals Service.

DATED this 21st day of December, 2016.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge